# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT COOKEVILLE

| | |
|---|---|
| BONNIE HECKERT | ) |
| | ) Case No. 2:25-cv-00068 |
| v. | ) |
| | ) |
| FRANK BISIGNANO, *Commissioner of the* | ) |
| *Social Security Administration* | ) |

## ORDER AND FINAL JUDGMENT

This case is before the Court on Plaintiff Bonnie Heckert's complaint for judicial review of an unfavorable final decision of the Commissioner of the Social Security Administration regarding his application for Disability Insurance Benefits. (Docket No. 12.) The parties have consented to entry of final judgment by a United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Sixth Circuit. (Docket No. 6.) The Court, having reviewed the record, the administrative transcript, the briefs of the parties, and the applicable law, finds as follows:

For the reasons contained in the accompanying memorandum of law, the Court finds that the decision of the Commissioner of Social Security is supported by substantial evidence. The decision is therefore **AFFIRMED** and Plaintiff's motion for judgment on the administrative record (Docket No. 12) is **DENIED**.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge